**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Attorney for the Standing Trustee**

---

IN RE:
KEITH ROPER

---

MICHAEL G. BOYD, ESQ.
157 ENGLE STREET
ENGLEWOOD, NJ  07631

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  05-47622G

**NOTICE OF MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR AN ORDER DIRECTING THE EMPLOYER TO PAY THE TRUSTEE, OR AND ORDER FOR A DEFAULT CLAUSE**

HEARING DATE:  3/18/2009

ORAL ARGUMENT REQUESTED

KEITH ROPER
160 TERRACE AVE
APT. 3E
HASBROUCK HEIGHTS, NJ  07604

   PLEASE TAKE NOTICE, that on 03/18/2009 at  9:00 am in the forenoon or as soon thereafter that counsel may be heard, the undersigned, as attorney for Marie-Ann Greenberg, Standing Trustee will move before Honorable Judge ROSEMARY GAMBARDELLA, at US Bankruptcy Court, 50 Walnut Street, Third Floor, Newark, NJ 07102, for an Order Dismissing this case for failure to make payments as provided in the said Order of Confirmation; or in the alternative, for an Order directing the employer of the Debtor(s) to withhold from the wages of the Debtor, and pay directly to the Trustee, as provided for in the plan for the debtor heretofore confirmed by Order of this Court.

   The undersigned will rely on the attached Certification in support of this motion plus an oral report updating the information on the return date of this motion.

Marie-Ann Greenberg, Esquire
Standing Chapter 13 Trustee

By:   /S/Marie-Ann Greenberg
         Marie-Ann Greenberg, Esquire

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Attorney for the Standing Trustee**

IN RE:

KEITH ROPER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  05-47622G

**CERTIFICATION IN SUPPORT OF MOTION**

I, Jackie Michaels, being of full age certify that:

    1.   I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

    2.   The debtor(s), as of the date of this certification are delinquent a total of $2,473.38.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, that I am subject to punishment.

Dated:  February 10, 2009

By:  /S/  Jackie Michaels
     Jackie Michaels
     Administrator

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Attorney for the Standing Trustee**

IN RE:

KEITH ROPER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  05-47622G

**CERTIFICATE OF SERVICE**

On February 10, 2009, the undersigned served to MICHAEL G. BOYD, ESQ. and KEITH ROPER a copy of the within Notice of Motion.

Notice of Motion was served via US Mail or electronically via ECF.

Dated:  February 10, 2009

By:  /S/  Jackie Michaels
Jackie Michaels
Administrator