Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  070041550
973-227-2840
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
KEITH ROPER

Case No.:  05-47622RG

**CERTIFICATION IN SUPPORT OF DEFAULT**

I, Jackie Michaels, being of full age certify that:

- I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- The above Chapter 13 petition was scheduled for a Confirmation/Motion Hearing before The Honorable ROSEMARY GAMBARDELLA.

- On 12/2/2009, Judge ROSEMARY GAMBARDELLA ordered that the debtor(s) herein was not to be more than 30 days in default with respect to their Chapter 13 payments.

- In the event the debtor(s) did not make said payments, the Standing Trustee may file a certification and an Order to dismiss the instant Chapter 13 petition.

- The last payment was received on 12/08/2010, and the debtor(s) are currently delinquent in the amount of $1,190.00.

- This certification is being made pursuant to said Order.

- For the reasons set forth above, the Trustee recommends this case be dismissed.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  January 13, 2011

By:  /S/  Jackie Michaels
Jackie Michaels
Administrator